161 A.3d 786

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Freedle LYNCH, Petitioner**

**No. 513 MAL 2016**

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.